UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Antawn Price, | Case No.: 2:24-cv-01873-JAD-MDC |
| Plaintiff | |
| v. | **Remand Order** |
| Jasmin Vargas, et al., | [ECF No. 5] |
| Defendants | |

Plaintiff Antawn Price turned his car-accident case against tortfeasor Jasmin Vargas into a bad-faith-claims-practices case against his car insurer Progressive Direct Insurance Company by adding claims against Progressive once he'd obtained a default judgment against the tortfeasor. Progressive then removed this case to this federal court under 28 U.S.C. § 1332 and 1441(b) based on diversity of citizenship.[1] Arguing, inter alia, that the defendant cannot show that this case meets the amount in controversy for federal jurisdiction, plaintiff moves to remand.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 5] is GRANTED for want of subject-matter jurisdiction**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 16, Case No. A-23-876697-C,** and CLOSE THIS CASE.

- There are no other motions pending in this federal action, so **this case returns to state court with no motions pending.**

---

[1] ECF No. 1.
[2] ECF No. 2.

- **The Clerk of Court is directed to PRINT a copy of the docket sheet for this case and ATTACH it to the copy of this remand order mailed to the state court.**

Dated: December 12, 2024

                                                      _____
                                                      U.S. District Judge Jennifer A. Dorsey